# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RIGHT AT HOME, INC.,** a Nebraska corporation, | CASE NO. 8:12CV292 |
| Plaintiff, | |
| vs. | STIPULATED ORDER OF DISMISSAL |
| **RUNA CHATTERJEE**, an individual, and **ANIMESH CHATTERJEE**, an individual, d/b/a Red Letter Senior Care Services, LLC, a California limited liability company, and Cloverleaf In-Home Care & Living Assistance, | |
| Defendants. | |

This matter is before the Court on the parties' Joint Stipulation For Dismissal with prejudice (Filing No. 23). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Court concludes that it should be approved, complete record waived. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation For Dismissal with prejudice (Filing No. 23) is approved;

2. The above-referenced matter is hereby dismissed with prejudice, complete record waived; and

3. The Court will not assess costs or attorney's fees in this case.

Dated this 4th day of April, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge